# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225



FILED
CLERK, U.S. DISTRICT COURT

5/18/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: DD         DEPUTY

**In Re:** SAWTELLE PARTNERS, LLC        **BAP No.:** CC-18-1117

**Bk. Ct. No.:** 2:16-bk-21234-BR        **ADV. NO.:** 2:17-ap-01541-BR

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to Los Angeles.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: May 17, 2018

        Please acknowledge receipt of
        the case file listed above.
        Dated: 5/18/2018

        Signed: Derek Davis
               District Court Deputy

        Assigned District Court No.

        2:18-CV-04213-CJC

cc: Bankruptcy Court
    All Parties